FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 14 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 04-358M |
| Plaintiff, | |
| vs. | NOTICE OF ASSIGNMENT OF ASSISTANT FEDERAL PUBLIC DEFENDER |
| SARAH BRYANT | |
| Defendant. | |

NOTICE IS HEREBY GIVEN by the office of the Federal Public Defender that **Nancy Tenney** will be the Assistant Federal Public Defender assigned to the above-captioned case.

DATED this 14th day of June 2004.

04-MJ-00358-NTC

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100